PRISONER'S CIVIL RIGHTS COMPLAINT (Rev. 05/2015)

IN THE UNITED STATES DISTRICT COURT
FOR THE <u>Northern</u> DISTRICT OF TEXAS
<u>Dallas</u> DIVISION

2021 APR 14 PM 3:13

Estate of deceased Ethel mae Alexander
John Edward Easter
Plaintiff's Name and ID Number

Cotulla Unit
Place of Confinement

CASE NO. 3-21CV0860-D
(Clerk will assign the number)

v.

City of Dallas - Probate Division
Defendant's Name and Address

ex-Judge Nikki Deshazo - Probate
Defendant's Name and Address

ex-City of Dallas-Employee - Gleudh Williams
Defendant's Name and Address
( DO NOT USE "ET AL.")

## INSTRUCTIONS - READ CAREFULLY

NOTICE:

Your complaint is subject to dismissal unless it conforms to these instructions and this form.

1. To start an action you must file an original and one copy of your complaint with the court. You should keep a copy of the complaint for your own records.

2. Your complaint must be <u>legibly</u> handwritten, in ink, or typewritten. You, the plaintiff, must sign and declare under penalty of perjury that the facts are correct. If you need additional space, **DO NOT USE THE REVERSE SIDE OR BACK SIDE OF ANY PAGE.** ATTACH AN ADDITIONAL BLANK PAGE AND WRITE ON IT.

3. You must file a separate complaint for each claim you have unless the various claims are all related to the same incident or issue or are all against the same defendant. Rule 18, Federal Rules of Civil Procedure. Make a short and plain statement of your claim. Rule 8, Federal Rules of Civil Procedure.

4. When these forms are completed, mail the original and one copy to the clerk of the United States district court for the appropriate district of Texas in the division where one or more named defendants are located, or where the incident giving rise to your claim for relief occurred. If you are confined in the Texas Department of Criminal Justice, Correctional Institutions Division (TDCJ-CID), the list labeled as "VENUE LIST" is posted in your unit law library. It is a list of the Texas prison units indicating the appropriate district court, the division and an address list of the divisional clerks.

**FILING FEE AND *IN FORMA PAUPERIS* (IFP)**

1. In order for your complaint to be filed, it must be accompanied by the statutory filing fee of $350.00 plus an administrative fee of $50.00 for a total fee of **$400.00**.

2. If you do not have the necessary funds to pay the fee in full at this time, you may request permission to proceed *in forma pauperis*. In this event you must complete the application to proceed *in forma pauperis*, setting forth information to establish your inability to prepay the fees and costs or give security therefor. You must also include a current six-month history of your inmate trust account. If you are an inmate in TDCJ-CID, you can acquire the application to proceed *in forma pauperis* and the certificate of inmate trust account, also known as *in forma pauperis* data sheet, from the law library at your prison unit.

3. The Prison Litigation Reform Act of 1995 (PLRA) provides "... if a prisoner brings a civil action or files an appeal *in forma pauperis*, the prisoner shall be required to pay the full amount of a filing fee." *See* 28 U.S.C. § 1915. Thus, the court is required to assess and, when funds exist, collect, the entire filing fee or an initial partial filing fee and monthly installments until the entire amount of the filing fee has been paid by the prisoner. If you submit the application to proceed *in forma pauperis*, the court will apply 28 U.S.C. § 1915 and, if appropriate, assess and collect the entire filing fee or an initial partial filing fee, then monthly installments from your inmate trust account, until the entire $350.00 statutory filing fee has been paid. (The $50.00 administrative fee does not apply to cases proceeding *in forma pauperis*.)

4. If you intend to seek *in forma pauperis* status, do not send your complaint without an application to proceed *in forma pauperis* and the certificate of inmate trust account. Complete all essential paperwork before submitting it to the court.

**CHANGE OF ADDRESS**

It is your responsibility to inform the court of any change of address and its effective date. Such notice should be marked **"NOTICE TO THE COURT OF CHANGE OF ADDRESS"** and shall not include any motion for any other relief. Failure to file a NOTICE TO THE COURT OF CHANGE OF ADDRESS may result in the dismissal of your complaint pursuant to Rule 41(b), Federal Rules of Civil Procedure.

I. PREVIOUS LAWSUITS:

    A. Have you filed *any* other lawsuit in state or federal court relating to your imprisonment? ___ YES ___ NO

    B. If your answer to "A" is "yes," describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, giving the same information.)

        1. Approximate date of filing lawsuit: __2003__

        2. Parties to previous lawsuit:
           Plaintiff(s) __John Edward Easter A.K.A Stephen Easter__
           Defendant(s) __Nurse Powell__

        3. Court: (If federal, name the district; if state, name the county.) __Tyler Courthouse, Eastern District__

        4. Cause number: __467 - F.3d, 459 (2006)   U.S App. Lexis 25025__

        5. Name of judge to whom case was assigned: _____

        6. Disposition: (Was the case dismissed, appealed, still pending?) __Settled__

        7. Approximate date of disposition: __2006 Oct, 5__

Rev. 05/15

II. PLACE OF PRESENT CONFINEMENT: Cotulla UNIT

III. EXHAUSTION OF GRIEVANCE PROCEDURES:
Have you exhausted all steps of the institutional grievance procedure?  NA  ___ YES ___ NO
Attach a copy of your final step of the grievance procedure with the response supplied by the institution.

IV. PARTIES TO THIS SUIT:

A. Name and address of plaintiff: John Edward Easter #1759669 Cotulla UNIT 610 Fm 62 Cotulla, Texas, 78014 RE: IN regards TOO The Estate of deceased Ethel Mae Alexander

B. Full name of each defendant, his official position, his place of employment, and his full mailing address.

Defendant #1: City of Dallas - Probate Division - Renaissance Tower 1201 Elm St STE 2400 Dallas, Texas

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
Allowed a NON-relative To be Awarded my Aunts Estate and commit Embezzlement, File False Statement - Violated oath of office

Defendant #2: ex- Judge Nikki Deshazo - Probate Division
Violated oath of office, violated 5th Amendment right, denied due process of Legit Petition

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
Officially stopped me from Heirship - Aided in Continued Illegal ownership by A NON-relative

Defendant #3: Glenda Williams - 225 42nd N.E Paris, Texas 75460

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
Embeddled my Aunts Estate, Committed Larceny, Filed False statements

Defendant #4: _____

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Defendant #5: _____

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Rev. 05/15

V. STATEMENT OF CLAIM:

State here in a short and plain statement the facts of your case, that is, what happened, where did it happen, when did it happen, and who was involved. Describe how each defendant is involved. You need not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach extra pages if necessary, but remember the complaint must be stated briefly and concisely. IF YOU VIOLATE THIS RULE, THE COURT MAY STRIKE YOUR COMPLAINT.

Glenda Williams and myself have same Mother - different Fathers. My Father's sister died, Glenda withheld their deaths from me. I'm in prison. She worked for City of Dallas old Courthouse. See stole my Aunts Estates - Judge Nikki Deshazo in her official capacity let Ms. Williams maintain Illegal Heirship even after I sent her proof. City of Dallas Probate Division libel for Illegally Awarding the estate without any proof of Kinship. Violated my 5th Amendment right and other Civil Liberties by allowing a non-relative to keep my Aunt's Money and properties solely because I'm locked-up. Please see Attached Complaint and exhibits.

VI. RELIEF:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Grant me my day in Court, Prosecute Glenda Williams hold Judge Nikki Deshazo and City of Dallas Probate responsible for their actions and violating Rules of Court

VII. GENERAL BACKGROUND INFORMATION:

A. State, in complete form, all names you have ever used or been known by including any and all aliases.

John Edward Easter, Stephew Easter

B. List all TDCJ-CID identification numbers you have ever been assigned and all other state or federal prison or FBI numbers ever assigned to you.

#314571, #622867, #1759669

VIII. SANCTIONS:

A. Have you been sanctioned by any court as a result of any lawsuit you have filed? _____ YES ✓ NO

B. If your answer is "yes," give the following information for every lawsuit in which sanctions were imposed. (If more than one, use another piece of paper and answer the same questions.)

1. Court that imposed sanctions (if federal, give the district and division): N/A
2. Case number: N/A
3. Approximate date sanctions were imposed: N/A
4. Have the sanctions been lifted or otherwise satisfied? _____ YES ✓ NO

Rev. 05/15

4

C. Has any court ever warned or notified you that sanctions could be imposed? ___ YES ✓ NO

D. If your answer is "yes," give the following information for every lawsuit in which a warning was issued. (If more than one, use another piece of paper and answer the same questions.)

 1. Court that issued warning (if federal, give the district and division): N/A
 2. Case number: N/A
 3. Approximate date warning was issued: N/A

Executed on: 4-7-21
       DATE

John E. Easter
_John E. Easter_
(Signature of Plaintiff)

**PLAINTIFF'S DECLARATIONS**

1. I declare under penalty of perjury all facts presented in this complaint and attachments thereto are true and correct.
2. I understand, if I am released or transferred, it is my responsibility to keep the court informed of my current mailing address and failure to do so may result in the dismissal of this lawsuit.
3. I understand I must exhaust all available administrative remedies prior to filing this lawsuit.
4. I understand I am prohibited from bringing an *in forma pauperis* lawsuit if I have brought three or more civil actions or appeals (from a judgment in a civil action) in a court of the United States while incarcerated or detained in any facility, which lawsuits were dismissed on the ground they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.
5. I understand even if I am allowed to proceed without prepayment of costs, I am responsible for the entire filing fee and costs assessed by the court, which shall be deducted in accordance with the law from my inmate trust account by my custodian until the filing fee is paid.

Signed this 7th day of April, 20 21.
       (Day)           (month)      (year)

John E. Easter
_John E. Easter_
(Signature of Plaintiff)

**WARNING:** Plaintiff is advised any false or deliberately misleading information provided in response to the above questions may result in the imposition of sanctions. The sanctions the court may impose include, but are not limited to, monetary sanctions and the dismissal of this action with prejudice.

Rev. 05/15

John Edward Easter ETC.
Estate of deceased
Ethel Mae Bailey-Alexander
    Plaintiff

v

City of Dallas Probate Division
Ex- Probate Judge- Nikki Deshazo
Ex- City of Dallas Courthouse worker
    Glenda Williams
      Defendants

## Table of Contents

1. Two Prisoner's Civil rights Complaints

2. Exhibits A and B  Biological History of deceased Ethel Mae Bailey-Alexander- Plaintiff- John Edward Easter, defendant Glenda Kaye Easter-Williams

3. Two Pro-SE Briefs Containing History of Litigant and Estate

4. Summary of Contents.

5. Forma Pauperis Form

EXHIBIT A

# THEADORE EASTER'S Children

1st Born William Loyld Webster- deceased born 1948 Father unknown

2nd Born Bobby Gene Easter. my mom married his dad and took his name Easter. he died in the Armed Services our mom was given a large American Flag in his honor and a check each month for 125.00 she cashed them at 1st National Bank of Paris, Texas and told all of us that if she ever remarried they'd stop her checks- And that didn't happen.

3rd Born Harold Edward Easter born 1952 Father unknown to me.

4th Born Catherine Joyce Easter- 1954 Father James Lane- deceased

5th Born Glenda Kaye Easter- Williams born 1956 Father unknown to me

6th Born John Edward Easter- born 1960 Father Melvin Bailey- deceased my dad died when I was 18 months old in 1962 I was never told how.

7th Born Betty Jean Easter- born 1962 Father Mr. Ivory Dillard- deceased

8th Born Stephen Ray Easter- born 1964 Father John Edward Hawkins- deceased

## closure

my mom had 8 children by 8 different men she only married Bobby's dad, so Glenda Easter-William while shes my half-sister on my mothers side of the family, she's no relations to my Aunt Ethel Mae Bailey-Alexander- deceased and her only brother Melvin Bailey my biological Father. She was a family friend to my Aunt nothing more. So she Illegally has ownership of my Aunts estate

# EXHIBIT B

## Biological History of Deceased Ethel Mae Bailey-Alexander

**Mother:** Ms. Mahalia Bailey- (Deceased)

**Father:** Unknown

### Kidds

deceased - Ethel Mae Bailey
Married Thurmond Alexander (Deceased)
↓
Had one child
L.U. Bailey - deceased
↓
Has one daughter
Stephanie

Melvin Bailey - deceased
↓
Has one child
John Edward Easter
↓
Has one daughter
Kawana Sims
Where abouts unknown

*Stephanie was 3rd and Final choice in my Aunts will. Her Father had her sign a disclaimer I'm told, Then contacted my half Sister Glenda Williams and paid her a lot to care for my Aunt. Time my ØL.V died Glenda put My Aunt in a Nursing home to die moved her daught Nikki in my Aunts home.

John Edward Easter - Pro-se
   Plaintiff

V.

City of Dallas Co. Probate Division
Former- Judge Nikki Dashazo - Probate Division
Former City Courthouse Employee - Glenda Williams

RE: Estate of deceased Ethel Mae Alexander

Plaintiff alledges that City of Dallas probate division has Awarded Former City employee Glenda Williams my Aunts Estate without any proof of Kinship to the deceased being Admitted as Evidence. She signed Court documents as "Niece" Glenda Williams but is only a Family Friend to the deceased (Please see exhibit A) For biological bloodline of Glenda Williams and myself the plaintiff, and only blood related Kinship left of deceased Ethel Mae Bailey-Alexander. 1 Grand-daughter, Stephanie Signed a disclaimer and was only person left still living in my Aunts Will.

Glenda Williams was paid by L.V. Bailey my Aunts only Sibling and Stephanie's Father, to look after my Aunt and to handle her business Affairs. Uncle Thurmond Alexander, her husband and L.V. both died before my Aunt so after Stephanie declined her Heirship Knowbody else left but a family friend was trusted to care for my Aunt. I was locked up and am now the only blood related person left that Legally can be Awarded my Aunts Estate. Glenda Williams was trusted only because she is my half-sister and knows only I am left and locked-up. She with-held my Aunts death and my Aunts son's death from me Solely to Illegally gain my Aunts Estate. I found out in a letter from Catherine Joyce Easter (Please see exhibit A) 4 yrs later that my whole Aunts family had died and that Glenda Williams had gotten all my Aunts stuff. didn't tell anybody cause there was no family left to tell and she thought Glenda contacted me.

I filed "pro-se" a legal petition for Heirship after being told about my Aunts family deaths. Instead of Judge Nikki Deshazo doing something about the crimes against my Aunts Estate. She only wrote me a letter Hindering my pursuit.

1 of 5

Judge Nikki Deshazo in her official capacity violated the probate court's laws and her oath of office to enforce the rules of the court legally and protect it's citizens rights.

I specifically stated in my petition that the probate court had illegally awarded the estate of my Aunt Ethel Mae Alexander to a non-relative. I also stated in my petition that as a non-relative Glenda Williams did not have a legal right to submit my Aunt's Will for probate because upon the death of my Aunt's son or death of my Aunt her priveleges as power of Attorney becomes Irrevelant and is discontinued.

Probate Judge Nikki Deshazo knows this or should have known this facts of probate law. I had a legal right to pursue my Aunts estate, yet Judge Nikki Deshazo showed a reckless disregard of the law and my legal rights, my 5th Amendment right.

THIS is not a mere family dispute over my Aunts Estate. I am the only relative of my Aunts alive, except for Stephanie who filed the disclaimer. Glenda Williams claim by signature only that she is "Niece" is a moot point when no evidence exist to support the claim. My biological father is Melvin Bailey. My Aunts maiden name was Ethel Mae Bailey. They are my Granny's only two Siblings. I feel the court acted with malice and is libel.

Judge Nikki deshazo wrote me a letter and gave me a cause number. She claimed in her response that because I am Incarcerated I cannot maintain care, custody and control of my Aunt's Estate. Acting in her official capacity she must have looked to see if Glenda Williams submitted any proof of Kinship, found none and now realized my allegations were more likely than not all true.

Her reckless disregard to seek justice, Ignore my legal rights to pursue by Hindering my petition and her disregard that Glenda Williams had indeed committed serious crimes of larceny and filed false statements and that thru the City of Dallas probate court had indeed been given the estate of my deceased Aunt Illegally.

The malicious manner of with holding their deaths from me just to pursue the estate, plus not putting me in my own Aunt's orbituary notice creates mental Anguish that only justice will demish. My Aunt and family deserves that family Lagacy be passed on to another family member NOT A family friend of the deceased.

2 of 4

I am not claiming a family dispute over who gets my Aunt's property. I am notifying the Court that it illegally awarded my Aunts Estate to a non-relative, and that no evidence was admitted to support the claim of "Niece" Glenda Williams but her signature.

I also made known that if Judge Nikki Deshazo would just "look" at the paperwork she would not find a marriage license to support the claim. Signing the paperwork as "Niece" Glenda Williams is a "moot" point when not supported by evidence. The showing of my Aunts orbituary containing only her name as "Niece" Glenda Williams was authored by Glenda Williams she excluded my name in my own Aunts orbituary and withheld my Aunts death, her Son's death and her husband death all from me knowing I am the only relative left blood-related to my Aunt, just so she could commit Embezzlement, larceny and other Crimes to get my Aunts estate.

Judge Nikki Deshazo was made aware of everything alledged in the civil suit. She chose to ignore with total disregard of the laws of probate, rules of Court violations and the Cold Calculated way Ms. Williams obtained my Aunts estate.

Instead of correcting the violations once known to her Court. She turned a deaf ear to a Legit Petitioner by Hindering my pursuit. Her actions in her official Capacity allows Ms. Williams to Continue to have total control over my Aunts estate, my Aunts bank Account, 2 life Insurance policies, one on my Aunt another on her Son LiV Bailey, Also an Injury policy she had on me. Her action is Illegal.

## Summary

1. This civil suit seeks punitive damages and Actual Damages because even after several probate rules broke City of Dallas Probate knowing, willingly broke or failed to follow you still did nothing to halt the Illegal Heirship of my Aunts Estate. Judge Nikki Deshazo intentionally stopped my Legit Petition yet allowed a non-relative to Continue to Illegally possess my Aunts Estate. She totally disregarded the seriousness of the Crimes Committed to gain the estate. I even pointed out that no evidence could have been submitted to support the claim of "Niece" just look and again she disregarded my statement with reckless disregard toward my Aunts Estate and Laws.

2. I seek liability against Probate Judge Nikki Deshazo because her actions were done in her Official Capacity and allowed the Illegal Continuous of Glenda Williams spending my Aunts money and total control over her estate has deminished in value.

3 of 4

3. I seek Actual Damages in the Amount of her Aunts Life Insurance policies on herself and her Son L.U. Bailey because The City of Dallas Probate Division is libel and responsible for the Acts of its Employee's who's Taken an oath of office then violated their Oath once Malice is shown. Malice is shown by Judge Nikki Deshazo as it is described in Blacks Law Dictionary as "reckless disregard of the law or a persons legal right" As the only blood relative of deceased I have a legal right to pursue my Aunts estate. Especially since they'd been dead 4 years or more and I made everything I Knew Known in my petition. She showed a reckless disregard of the law by doing nothing to stop Glenda Williams Illegal possession of my Aunts estate and the Embezzlement and Larceny, Filing False Statement and Thefts she committed to get it.

4. I seek Criminal Charges against Glenda Williams For Embezzlement, Larceny, Filing False Statement, Theft and Misappropriation of Funds and property

5. All Assets Frozen and Confiscated because she owned no property until The City of Dallas Illegally Awarded her my Aunts Estate. She purchased 3 properties in Paris, Texas. She Quit her Job and Fled after her Success in Criminal Activity was Awarded to her by Dallas Probate Court.

6. My Family history in Black and White photo's that my Aunt portrayed of our Family history dating back to late 1800s returned to me.

7. The $100,000 home she purchased and two other properties with my Aunts money seized and Sold caused again she owned nothing until City of Dallas Illegally gave her Authority to put "Niece" Glenda Williams on all my Aunts Stuff.

8. Cash she used For Self gain in my Aunts bank Account and the Cash from Collecting Illegally from my Aunts life Insurance policies and her Sons life Insurance Polices returned with Interest

9. My Aunts two houses in Oak cliff returned to me and the Eviction of it's president Nikki Easter- Glenda's daughter. While I can only speculate, it's seems odd that the Judge helping Glenda keep my Aunts Stuff is also named Nikki just like Glendas daughter and They both just happen to work or use to work for City of Dallas Courthouse

4 of 14

## Summary of Contents

I do not know the actual deaths of Ethel Mae Bailey-Alexander or her son L.V. Bailey. I have learned all I am able to on Probate Law and Civil Law. The unit Law library know longer carry probate books.

I do know that I found no precedent concerning a deceased estate having a statute of limitations on an estate that was illegally probated by a non-relative.

I also initially filed to contest the illegal Heirship but was hindered by then Probate Judge Nikki Deshazo. The City of Dallas Probate Division stop answering my letter's so I quit writing.

I recently wrote and requested a copy of the letter Judge Nikki Deshazo wrote me but have yet to get a response.

I am seeking damages (actual) in the amount of my Aunt's Estate plus interest, Pain and Suffering and Mental Anguish.

I seek punitive damages because Judge Nikki Deshazo was given the opportunity to correct the illegal Heirship, Theft and Filing False Statement and chose to let it stand.

I also seek Libel award because my Aunt worked and lived her life in Dallas and the City is accountable for the acts of its employee's who take oaths of office and violate its Courts Laws with malice.

John Foster
#1759669
610 FM 624
Corolla Unit
Corolla, Texas
78014

RECEIVED - 6
APR 14 2021
MAILROOM

Clerk
U.S District Court
Earle Cabell Federal Bldg.
1100 Commerce St.
Rm 1452
Dallas, Texas
75242